No. 95–1810. CONKLE v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT (JEONG, DBA LAIRD'S FOOD MARKET, ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 95–1811. STORER ET UX. v. CITY OF OCEAN CITY. C. A. 3d Cir. Certiorari denied.

No. 95–1812. MASON & DIXON LINES, INC. v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL.; and CENTRAL TRANSPORT, INC., ET AL. v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1819. MCDONNELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–1821. MARABLE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 95–1825. LAFFOND v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 95–1828. CERTAIN REAL PROPERTY LOCATED AT 11869 WESTSHORE DRIVE, PUTNAM TOWNSHIP, LIVINGSTON COUNTY, MICHIGAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1831. CEDAR POINT OIL CO. v. SIERRA CLUB, LONE STAR CHAPTER. C. A. 5th Cir. Certiorari denied.

No. 95–1832. PARK v. HOWARD UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 95–1834. FRIEDLINE v. NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES, OFFICE OF CHILD SUPPORT. Sup. Ct. N. H. Certiorari denied.

No. 95–1835. DOCTORS HOSPITAL REAL ESTATE, LTD., DOCTORS HOSPITAL MANAGEMENT CO., INC., TAX MATTERS PARTNER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.